IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID L. CHAPMAN, JR.**
**ADC #120704**                                                                                             **PLAINTIFF**

**V.**                           **NO: 5:05CV00127 WRW/HDY**

**TROY WILSON,** *et al.*                                                                                     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Claims against Defendants Moncrief, Harris, Hobbs and Baughman are dismissed, and their names are to be removed as party Defendants.

2. Defendants' Motion to dismiss (docket entry #11) is DENIED.

DATED this 11th day of October, 2005.

                                                                                 /s/ Wm. R.Wilson,Jr.
                                                UNITED STATES DISTRICT JUDGE