**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAVID L. CHAPMAN, JR.
ADC #120704                                                                                              PLAINTIFF

V.                                   5:05CV00127-WRW/HDY

TROY WILSON *et al.*                                                                              DEFENDANTS

## ORDER

On October 3, 2007, the Eighth Circuit Court of Appeals dismissed Plaintiff's appeal of a denial of a motion for reconsideration, and assessed the full $455.00 appellate filing and docketing fees against Plaintiff (docket entries #356 & #357). The Court of Appeals has remanded the collection of the fees to this Court.

Because it appears that Plaintiff is no longer incarcerated, the Court will not assess an initial partial filing fee. However, Plaintiff remains obligated to pay the $455.00 filing and docketing fee.

IT IS SO ORDERED this 12th day of October, 2007.

                                                          /s/Wm. R. Wilson, Jr.
                                                          UNITED STATES DISTRICT JUDGE