IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID L. CHAPMAN, JR.

    vs.                     5:05CV00127-WRW

TROY WILSON

## ORDER

On June 28, 2006, the plaintiff, David L. Chapman, Jr., filed a Response to the Motion to Withdraw (doc #128) filed by his appointed counsel. In that Response, Mr. Chapman waived his right to a jury trial and requested to proceed *pro se*. On June 30, 2006, the Defendant, Troy Wilson, through his attorneys, Attorney General Mike Beebe and Assistant Attorney General, Christine A. Boozer (Cryer), filed a Response (doc #131) indicating they agreed to waive a jury and proceed with a Court trial.

The Amended Final Scheduling Order (doc #372) which was entered on March 24, 2009, is further amended and this case is reset for a **BENCH TRIAL on WEDNESDAY, OCTOBER 28, 2009, at 9:30 a.m.** The Clerk's office is directed to make this change on the Court's docket.

Further, the Plaintiff, David L. Chapman, Jr., is directed to notify the Court, by Friday, October 23, 2009, whether he wishes to go forward with his case.

IT IS SO ORDERED, this 14th day of October, 2009.

                                                    /s/Wm. R. Wilson, Jr.
                                       UNITED STATES DISTRICT JUDGE

ordjurywaiver.Chapman.wpd