IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID CHAPMAN, # 120704                      PLAINTIFF

v.                  No. 5:05CV00127 WRW

TROY WILSON, et al.                           DEFENDANTS

### ORDER

On October 27, 2009, this case was called for trial. Counsel for Defendant appeared. Plaintiff did not.

Counsel for Defendant moved for a dismissal for failure to prosecute.

For good cause shown, Defendant's motion is GRANTED. This case is DISMISSED.

IT IS SO ORDERED this 27th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE